Sophie Labanowski, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,179.

 Opinion filed October 20, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Benjamin R. Williams, for appellee.

Mr. Justice Hall delivered the opinion of the court.